IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NOBLE ANTHONY MOORE-EL, | * |
| Plaintiff, | * |
| vs. | * CIVIL ACTION NO.13-00508-KD-B |
| TOWN OF SUMMERDALE, | * |
| Defendant. | * |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. Accordingly, Defendant's Motion to Remand is **GRANTED** and this action is remanded to the Municipal Court of the Town of Summerdale, Alabama.

**DONE** this 26th day of November, **2013**.

s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**